**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6006**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

MICHAEL ALONZA RUFUS,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.    Margaret B. Seymour, District
Judge.   (3:02-cr-00550-MBS-1)

_____

Submitted: March 28, 2013            Decided:  April 10, 2013

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Alonza Rufus, Appellant Pro Se.  Beth Drake, William
Kenneth  Witherspoon,  Assistant  United  States  Attorneys,
Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus appeals the district court's order denying his motion for a writ of error coram nobis pursuant to 28 U.S.C. § 1651 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Rufus, No. 3:02-cr-00550-MBS-1 (D.S.C. Dec. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED